## Carl Conard, Plaintiff-Appellee, v. Avis M. Conard, Defendant-Appellant.

**Gen. No. 10,469.**

Robb J. Purcell, for appellant; Taylor E. Wilhelm, for appellee. Opinion by JUSTICE DOVE. Not to be published in full. Opinion filed July 12, 1951; released for publication August 1, 1951.